Tony CURETON, Plaintiff–Appellant,

v.

Bill BAKER, Superintendent at the Avery–Mitchell Correctional Center; Mr. Corpetin, Assistant Superintendent at Avery–Mitchell Correctional Center; Ella Markland, Physician at Avery–Mitchel Correctional Center; The Utilization Review Board; North Carolina Department of Correction, Defendants–Appellees.

No. 02–7418.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Jan. 23, 2003.

Tony Cureton, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Tony Cureton appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Cureton v. Baker,* No. CA–02–292–3–2–MU (W.D.N.C. filed Aug. 14, 2002 & entered Aug. 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*